

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRVING MURRAY | : | CIVIL ACTION |
| | : | NO. 11-1604 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, PRISON | : | **UNDER SEAL** |
| HEALTH SERVICES, INC., and MHM | : | |
| SERVICES, INC. | : | |

**FILED**
AUG 13 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 13th day of August, 2012, upon consideration of the Irving Murray ("Murray") motion for a preliminary injunction (paper no. 37) and supplemental briefing (paper nos. 58, 59, 60, 61, and 62), for the reasons stated in the attached memorandum of today's date, and it appearing that:

A. On November 4, 2011, Murray filed a *pro se* motion for injunctive relief. The court held a hearing at Curran-Fromhold Correctional Facility on December 20, 2011.

B. By Order of January 5, 2012 (paper no. 52), the court granted the motion for injunctive relief in part and ordered the City of Philadelphia (the "City") to provide Murray with a copy of his inmate account statement, and to comply with all policies applicable to the handling of inmates' legal mail. The court took under advisement the claims concerning alleged inadequate medical treatment and alleged ongoing retaliatory actions by corrections personnel. The court denied the motion for injunctive relief in all other respects and appointed Angus Love, Esq. as counsel for Murray.

C. After counsel for all parties filed supplemental briefing, the court held hearings on May 1, 23, 30, and 31, 2012, concerning Murray's claims of alleged inadequate medical treatment and alleged ongoing retaliatory actions by corrections personnel.

It is **ORDERED** that the remaining claims of alleged inadequate medical treatment and alleged ongoing retaliatory actions by corrections personnel in "Plaintiff's Emergency Motion for Preliminary Injunction Pursuant to Rule 65(a) of the Civil Federal Rules of Civil Procedure" (paper no. 37) are **DENIED**. The original claims for damages in Murray's complaint remain pending.

8/14/12 xc: A. Love
M. Maguire
S. Siegrist
W. Barish

Norma L. Shapiro
_____ J.